AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
Jacob Hiles

*Defendant*

) Case: 1:21-mj-00070
) Assigned to: Judge Zia M. Faruqui
) Assign Date: 1/15/2021
) Description: COMPLAINT W/ARREST WARRANT
)

## ARREST WARRANT

To:      Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      Jacob Gavin Hiles
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

18 U.S.C. 1752(a)(2) - Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in
Disorderly Conduct on Capitol Grounds

40 U.S.C. 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in the Capitol Buildings

Date:      01/15/2021

Zia M. Faruqui
2021.01.15 16:09:45 -05'00'
*Issuing officer's signature*

FILED
JAN 1 9 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

City and state:      Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1-15-21 , and the person was arrested on *(date)* 1-19-21 at *(city and state)* Chesapeake VA . |
| Date: |
| *Arresting officer's signature* |
| Special Agent Joshua Hathaway |
| *Printed name and title* |